UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

KRYSTAL MARIE CLARK  CASE NO. 20-10058
8211 SPRINGDALE MEADOW COURT  JUDGE BENJAMIN A. KAHN
STOKESDALE, NC  27357

DEBTOR

SSN(1) XXX-XX-5478  DATE: 08/31/2020

## REPORT OF FILED CLAIMS

Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection. After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| AMERICREDIT FINANCIAL SERVICES INC<br>DBA GM FINANCE<br>P O BOX 183853<br>ARLINGTON, TX  76096 | $8,640.00<br>INT: 6.75%<br>NAME ID: 151624<br>CLAIM #: 0004 | (V) VEHICLE-SECURED<br><br>ACCT: 7953<br>COMMENT: 15KIA |
| AMERICREDIT FINANCIAL SERVICES INC<br>DBA GM FINANCE<br>P O BOX 183853<br>ARLINGTON, TX  76096 | $3,819.23<br>INT: .00%<br>NAME ID: 151624<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 7953<br>COMMENT: SPLIT |
| ANES CONSULTANTS OF NC<br>P O BOX 740931<br>ATLANTA, GA  30374-0931 | $0.00<br>INT: .00%<br>NAME ID: 171239<br>CLAIM #: 0012 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ANESTHESIOLOGY CONSULTANTS OF NC<br>2102 N ELM ST STE H-1<br>GREENSBORO, NC  27408 | $0.00<br>INT: .00%<br>NAME ID: 175258<br>CLAIM #: 0013 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ASHLEY FUNDING SERVICES LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $23.74<br>INT: .00%<br>NAME ID: 43468<br>CLAIM #: 0031 | (U) UNSECURED<br><br>ACCT: 2500<br>COMMENT: LAB CORP |
| ASHLEY FUNDING SERVICES LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $9.44<br>INT: .00%<br>NAME ID: 43468<br>CLAIM #: 0050 | (U) UNSECURED<br><br>ACCT: 1780<br>COMMENT: LAB CORP |
| AURORA DIAGNOSTICS<br>GPA LABORATORIES<br>P O BOX 602320<br>CHARLOTTE, NC  28260-2320 | $0.00<br>INT: .00%<br>NAME ID: 143148<br>CLAIM #: 0014 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| BIG PICTURE LOANS<br>P O BOX 704<br>WATERSMEET, MI  49969 | $0.00<br>INT: .00%<br>NAME ID: 159713<br>CLAIM #: 0015 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | | CLASSIFICATION |
|---|---|---|---|
| BOARDWALK VILLAS OWNERS ASSOC<br>ATTN MANAGING AGENT<br>P O BOX 8526<br>CORAL SPRINGS, FL  33075 | $0.00<br>INT: .00%<br>NAME ID: 180897<br>CLAIM #: 0005 | | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| CAPITAL ONE<br>P O BOX 85015<br>RICHMOND, VA  23285-5015 | $0.00<br>INT: .00%<br>NAME ID: 3491<br>CLAIM #: 0016 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CARDINAL APARTMENTS<br>6400 OLD OAK RIDGE RD<br>GREENSBORO, NC  27410 | $0.00<br>INT: .00%<br>NAME ID: 1517<br>CLAIM #: 0017 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CHARTER COMMUNICATIONS<br>6080 TENNYSON PKWY STE 100<br>PLANO, TX  75024 | $0.00<br>INT: .00%<br>NAME ID: 179644<br>CLAIM #: 0019 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CONE HEALTH<br>1200 N ELM ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 137686<br>CLAIM #: 0022 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| CONN APPLIANCES INC<br>% BECKET & LEE LLP<br>P O BOX 3002<br>MALVERN, PA  19355 | $660.64<br>INT: .00%<br>NAME ID: 169961<br>CLAIM #: 0006 | | (U) UNSECURED<br><br>ACCT: 1131<br>COMMENT: |
| DATA MAX<br>711 COLISEUM PLAZA COURT<br>WINSTON SALEM, NC  27106 | $0.00<br>INT: .00%<br>NAME ID: 136979<br>CLAIM #: 0024 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ECPI UNIVERSITY<br>7802 AIRPORT CENTER DR<br>GREENSBORO, NC  27409 | $0.00<br>INT: .00%<br>NAME ID: 180903<br>CLAIM #: 0025 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EMERGE ORTHO<br>P O BOX 19000<br>BELFAST, ME  04915 | $0.00<br>INT: .00%<br>NAME ID: 180904<br>CLAIM #: 0026 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| EXETER FINANCE LLC<br>P O BOX 650693<br>DALLAS, TX  75265 | $0.00<br>INT: .00%<br>NAME ID: 180109<br>CLAIM #: 0007 | | (S) SECURED<br>SURRENDERED<br>ACCT: 0086<br>COMMENT: OC,16DODG,REL |
| FASTMED URGENT CARE<br>935 SHOTWELL RD STE 108<br>CLAYTON, NC  27520-5598 | $0.00<br>INT: .00%<br>NAME ID: 148283<br>CLAIM #: 0027 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| FIRST POINT RESOURCES<br>P O BOX 26140<br>GREENSBORO, NC  27402 | $0.00<br>INT: .00%<br>NAME ID: 38570<br>CLAIM #: 0030 | | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| FIRST SAVINGS BANK<br>500 E 60TH ST N<br>SIOUX FALLS, SD  57104 | $0.00<br>INT: .00%<br>NAME ID: 117733<br>CLAIM #: 0029 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| GUILFORD COUNTY TAX DEPT<br>400 W MARKET ST<br>GREENSBORO, NC  27401 | $0.00<br>INT: .00%<br>NAME ID: 159804<br>CLAIM #: 0001 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: OC |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $0.00<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0002 | (P) PRIORITY<br>AMENDED<br>ACCT: 19TX<br>COMMENT: OC,220A, 320A |
| INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $0.00<br>INT: .00%<br>NAME ID: 123769<br>CLAIM #: 0048 | (U) UNSECURED<br>AMENDED<br>ACCT: /PEN<br>COMMENT: 220A, 320A |
| LEAD BANK<br>200 N 3RD ST<br>GARDEN CITY, MO  64747 | $0.00<br>INT: .00%<br>NAME ID: 176830<br>CLAIM #: 0032 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MAKWA FINANCE<br>P O BOX 343<br>LAC DU FLAMBEAU, WI  54538 | $0.00<br>INT: .00%<br>NAME ID: 180905<br>CLAIM #: 0033 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $1,366.79<br>INT: .00%<br>NAME ID: 177774<br>CLAIM #: 0023 | (U) UNSECURED<br><br>ACCT: 8829<br>COMMENT:  CREDIT ONE BANK |
| MIDLAND CREDIT MANAGEMENT INC<br>P O BOX 2037<br>WARREN, MI  48090 | $933.57<br>INT: .00%<br>NAME ID: 177774<br>CLAIM #: 0049 | (U) UNSECURED<br><br>ACCT: 2816<br>COMMENT:  CREDIT ONE BANK |
| MONEYLION<br>8610 S SANDY PARKWAY STE 100<br>SANDY, UT  84070 | $0.00<br>INT: .00%<br>NAME ID: 180427<br>CLAIM #: 0034 | (S) SECURED<br>SURRENDERED<br>ACCT: 5478<br>COMMENT: OC,DEPOSIT ACCT,REL |
| MONEYLION<br>8610 S SANDY PARKWAY STE 100<br>SANDY, UT  84070 | $77.82<br>INT: .00%<br>NAME ID: 180427<br>CLAIM #: 0047 | (U) UNSECURED<br><br>ACCT: 5478<br>COMMENT: SPLIT |
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT: 5478<br>COMMENT: OC |
| NOVANT HEALTH<br>P O BOX 602584<br>CHARLOTTE, NC  28260 | $0.00<br>INT: .00%<br>NAME ID: 143434<br>CLAIM #: 0035 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| OKINUS INC<br>% CORPORATION SERVICE COMPANY<br>2626 GLENWOOD AVE STE 550<br>RALEIGH, NC  27608 | $0.00<br>INT:  .00%<br>NAME ID: 180900<br>CLAIM #:  0008 | (S) SECURED<br>NOT FILED<br>ACCT:<br>COMMENT:  OC |
| ONE CLICK CASH<br>515 GSE<br>MIAMI, OK  74354 | $0.00<br>INT:  .00%<br>NAME ID: 180906<br>CLAIM #:  0036 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| OPTIMUM OUTCOMES INC<br>P O BOX 58015<br>RALEIGH, NC  27658 | $0.00<br>INT:  .00%<br>NAME ID: 156530<br>CLAIM #:  0037 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| ORION PORTFOLIO SERVICES LLC<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA  23541 | $651.36<br>INT:  .00%<br>NAME ID: 169399<br>CLAIM #:  0044 | (U) UNSECURED<br><br>ACCT: 8876<br>COMMENT:  BANK OF MISSOURI |
| PROGRESSIVE LEASING<br>% NPRTO SOUT-EAST LLC<br>256 W DATA DR<br>DRAPER, UT  84020 | $0.00<br>INT:  .00%<br>NAME ID: 180902<br>CLAIM #:  0009 | (X) SPECIAL-UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $171.30<br>INT:  .00%<br>NAME ID: 142435<br>CLAIM #:  0020 | (U) UNSECURED<br><br>ACCT: 2892<br>COMMENT:  NEW YORK & CO |
| QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY BANK<br>P O BOX 788<br>KIRKLAND, WA  98083 | $1,019.46<br>INT:  .00%<br>NAME ID: 142435<br>CLAIM #:  0021 | (U) UNSECURED<br><br>ACCT: 6780<br>COMMENT:  VICTORIA'S SECRET |
| SCA COLLECTION INC<br>P O BOX 876<br>GREENVILLE, NC  27835 | $0.00<br>INT:  .00%<br>NAME ID: 55780<br>CLAIM #:  0038 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SPECTRUM<br>101 INNOVATION AVE STE 100<br>MORRISVILLE, NC  27560 | $0.00<br>INT:  .00%<br>NAME ID: 173298<br>CLAIM #:  0039 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SPOTLOAN<br>P O BOX 927<br>PALATINE, IL  60078-0927 | $0.00<br>INT:  .00%<br>NAME ID: 147518<br>CLAIM #:  0040 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SPRINT<br>ATTN BANKRUPTCY DEPT<br>6200 SPRINT PKWY<br>OVERLAND PARK, KY  66251 | $0.00<br>INT:  .00%<br>NAME ID: 170230<br>CLAIM #:  0010 | (X) SPECIAL-UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| STERN & ASSOCIATES<br>P O BOX 14899<br>GREENSBORO, NC  27415 | $0.00<br>INT:  .00%<br>NAME ID: 146724<br>CLAIM #:  0041 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |

PAGE 5 - CHAPTER 13 CASE NO. 20-10058

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| SURE DEPOSIT NC<br>P O BOX 3568<br>EVERETT, WA  98213 | $0.00<br>INT: .00%<br>NAME ID: 180907<br>CLAIM #: 0042 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SURGICAL CENTER OF GREENSBORO<br>705 GREEN VALLEY RD<br>GREENSBORO, NC  27408 | $0.00<br>INT: .00%<br>NAME ID: 172106<br>CLAIM #: 0043 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| TEA OLIVE LLC<br>P O BOX 1931<br>BURLINGAME, CA  94011 | $855.62<br>INT: .00%<br>NAME ID: 178223<br>CLAIM #: 0018 | (U) UNSECURED<br><br>ACCT: 0735<br>COMMENT: CELTIC BANK |
| TRIAD FOOD CENTER OF GREENSBORO<br>2706 SAINT JUDE ST<br>GREENSBORO, NC  27405 | $0.00<br>INT: .00%<br>NAME ID: 167885<br>CLAIM #: 0045 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| US DEPARTMENT OF EDUCATION<br>P O BOX 7860<br>MADISON, WI  53704 | $0.00<br>INT: .00%<br>NAME ID: 131206<br>CLAIM #: 0046 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| WEBBANK FINGERHUT<br>6250 RIDGEWOOD RD<br>ST CLOUD, MN  56303 | $0.00<br>INT: .00%<br>NAME ID: 138250<br>CLAIM #: 0028 | (U) UNSECURED<br>NOT FILED<br>ACCT:<br>COMMENT: |
| **TOTAL:** | **$18,228.97** | |
| JOHN T ORCUTT ESQ<br>6616-203 SIX FORKS ROAD<br>RALEIGH, NC  27615 | $4,500.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER, TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

NOTICE OF FILING OF REPORT OF FILED CLAIMS

    The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

    Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

        Clerk, U.S. Bankruptcy Court
        101 S. Edgeworth Street
        P.O. Box 26100
        Greensboro, NC  27420-6100

    If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.


Date:  08/31/2020          OFFICE OF THE CHAPTER 13 TRUSTEE

        By: /s/  Gayle McFarland
        Clerk
        Chapter 13 Office
        500 W FRIENDLY AVE STE 200
        P O BOX 1720
        GREENSBORO, NC  27402-1720

cc:  Debtor
      Attorney for Debtor - Electronic Notice